**EXHIBIT 1**

```
00001
 1                     UNITED STATES DISTRICT COURT
 2            WESTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION
 3   WAYNE WELCH, CHARLENE WELCH,
     DEJAY BUMSTEAD, SHERRIE BUMSTEAD,
 4   JON MORLEY, SHARON MORLEY, LAWRENCE
     CAMPEAU, BONNIE CAMPEAU & KEVIN
 5   OULETTE,
 6              Plaintiffs,
 7   v                                    File No. 2:06-cv-230
 8
     PUC SERVICES, INC., an Ontario
 9   Corporation and PUC, INC., an
     Ontario Corporation, jointly
10   and severally,
11              Defendants.
12                                /
13
                         DEPOSITION OF BRIAN CURRAN
14
            Taken by the Defendants on the 12th day of April, 2007, at
15
            240 West Portage Avenue, Sault Ste. Marie, Michigan, at
16
            2:00 p.m.
17
18
     APPEARANCES:
19
     For the Plaintiffs:         MR. ANTHONY J. GARCZYNSKI (P47146)
20                               Anthony J. Garczynski, PLC
                                 771 North Mill Street
21                               Plymouth, Michigan 48170
                                 (734) 404-2425
22
23   For the Defendants:         MR. M. SEAN FOSMIRE (P31737)
                                 Garan Lucow Miller, PC
24                               1440 West Ridge Street
                                 Marquette, Michigan 49855
25                               (906) 226-2524

 1
     Also Present:               Robert W. Paciocco
 2
 3
     RECORDED BY:                Janeen Fox, CER 7895
 4                               Certified Electronic Recorder
                                 Network Reporting Corporation
 5                               1-800-632-2720
 6
```

Exhibit 1 - Selections from Curran testimony

```
00008
 1   Q      Does it include the city on there?
 2   A      Yes, as the owner -- the 100 percent owner of PUC, Inc.
 3   Q      All right.  And do you understand the way that these
 4          corporations are set up as a non-lawyer?
 5   A      Yes.
 6   Q      And in general what is the relationship between the city and
 7          PUC, Inc.?
 8   A      The relationship between --
 9   Q      Yes.
10   A      It's basically the owner of PUC, Inc.
11   Q      PUC, Inc. being a corporation -- I'm assuming that most of
12          the corporate forms are the same in Ontario as they are in
13          Michigan, so correct me if I use any wrong terminology, but
14          would the city be regarded as a shareholder of PUC, Inc.?
15   A      Yes, a 100 percent shareholder.
16   Q      And then from that point what is the relationship between
17          PUC, Inc. and PUC Services, Inc.?
18   A      PUC Services is a 100 percent subsidiary of PUC, Inc.
19   Q      And again, would that mean that PUC, Inc. is the sole
20          shareholder?
21   A      Yes, it is.
22   Q      And does PUC, Inc. have other companies that are also
23          subsidiaries?
24   A      Yes, there's three other subsidiary companies:  PUC
25          Distribution, Inc., which is a regulated company whose sole
```

```
00009
 1              business is the provision of electricity distribution to
 2              mainly the city of Sault Ste. Marie; PUC Energies, which at
 3              this time provides sentinel light rentals, but also has the
 4              mandate to provide energy services including the generation
 5              of electricity, but is not in those businesses at the
 6              present time; and the other affiliate or subsidiary is PUC
 7              Telecom, which provides telecommunication services,
 8              basically hi-speed broadband services over fiberoptic cable
 9              to customers in Sault Ste. Marie.
10    Q         Okay.  I guess I glided over one issue.  Have you been the
11              CEO of PUC, Inc. since November 2000 as well?
12    A         Yes.
13    Q         Do you hold any corporate office with either of the -- any
14              of the three other subsidiaries?
15    A         I'm the president and CEO of all the other affiliates.
16    Q         Of each of them?
17    A         Yes.
18    Q         Do the other affiliates have different employees?
19    A         No.  The only employees in any of the companies are all
20              within the services company, so there are only assets in
21              distribution, energies and telecom.  There are no personnel.
22    Q         I believe that the public record shows that these
23              corporations were established under Ontario law before
24              November 2000, but did you have an understanding when you
25              came on in November 2000 as to how new or fresh these new
```

```
00010
 1              organizations were?
 2    A         Yes, I did.
 3    Q         And what was your general understanding?
 4    A         Prior to -- I believe it was the latter part of the 1990's,
 5              the provision of both water and electrical service was done
 6              through the Public Utilities Commission in Sault Ste. Marie.
 7              That entity was created, I guess, under the Public Utilities
 8              Act in Ontario.  It had elected commissioners appointed to
 9              oversee the operation of both the water and electricity
10              services, but the ownership of the asset rested with the
11              municipality, ultimately.
12                   The provincial government decided that it wanted to
13              restructure the electrical industry in Ontario.  And so it
14              basically dismantled the provincial utility called Ontario
15              Hydro and also required that if municipalities wanted to
16              continue to provide electricity in their franchise areas,
17              that they would have to dispose of their -- or transfer
18              their electricity assets to companies that would be
19              incorporated under the Ontario Business Corporations Act.
20              So as a result of that, the assets of -- the electrical
21              assets within the commission were transferred to PUC
22              Distribution which was incorporated under the Ontario
23              Business Corporations Act.
24                   It was also decided that there were a number of other
25              opportunities that the city wanted to have pursued,
```

```
00011
 1             basically in the area of telecommunications as well as the
 2             water operations and in the area of energies the potential
 3             to retail electricity, so a PUC holding company was created
 4             to oversee those separate business interests.  Another
 5             reason why it was set up in this fashion is that the wires
 6             business could only be engaged in electricity.  There was an
 7             allowance, I guess, at that time that they could also
 8             continue in water, but they could not continue in areas such
 9             as telecom or any kind of competitive types of businesses.
10             So that's the reason why the structure is as it is, is that
11             for provincial government mandate or requirement we had to
12             separate these particular businesses in this fashion.
13   Q         All right.  And although we're maybe getting a little bit
14             ahead of ourselves, is it accurate to say that the two
15             companies, PUC, Incorporated and PUC Services, Incorporated,
16             had no involvement with the operation of the water pollution
17             control plant as of November 2000 when you first came on
18             board?
19   A         That's correct.
20   Q         All right.  That happened a little bit later?
21   A         Yes.
```

```
00017
 1              billing, customer accounts, as well as looking at other
 2              business development opportunities.  We have finance which
 3              looks after financial affairs of the company and operations
 4              and engineering.
 5    Q         At the present time your company is the operator of the
 6              water pollution control plant, East End plant?
 7    A         East and West End pollution control plants.
 8    Q         And how long has your company been the operator of the East
 9              End plant?
10    A         Since July 1st of 2003.
11    Q         And the operation of the West End plant was assumed at the
12              same time?
13    A         Yes, it was.
14    Q         As of the time that you first came into your position and
15              let's say through to 2001 and 2002, do you know how the
16              plants were operated?
17    A         The plants were operated by the Ontario Clean Water Agency
18              under contract with the city.
19    Q         Is that a private company or is that some kind of
20              governmental agency?
21    A         It's a governmental agency.  It's an agency that's owned by
22              the provincial government.
23    Q         Do you have a sense of how long that relationship was in
24              place?
25    A         For some time.  The Ontario Clean Water Agency was created
```

```
00018
 1              sometime in the 90's as a crown corporation, which is a term
 2              used in Canada meaning that it's owned by the provincial
 3              government.  But its predecessor was the -- I think it was
 4              part of the Ministry of Environment and before that the
 5              Ontario Water Resources Commission.  So it was in one of
 6              those organizations' hands -- those treatment plants.  So I
 7              would say certainly, since these plants were running, they
 8              were run -- they were not run by the city, but by some
 9              agency of the provincial government.
10    Q         So at the current time your company operates the plants?
11    A         Yes, we do.
12    Q         At the current time does your company own the plants?
13    A         No.
14                        MR. GARCZYNSKI:  Sean, when you ask "the company,"
15              we're doing it as two separate entities?
16                        MR. FOSMIRE:  I'm talking about PUC Services.
17                        MR. GARCZYNSKI:  Just make that distinction.
18                        MR. FOSMIRE:  Yes.  I'm sorry.  That's a good
19              point.
20    Q         Because we are talking about two different companies that
21              you are the CEO of -- two or more?
22    A         Yes.
23    Q         So PUC Services operates the plants, but does not own the
24              plants; is that correct?
25    A         That's correct.
```

```
00019
  1    Q      And what were the circumstances that led up to the entry
  2           into a contract to operate the two plants in 2003?
  3    A      We approached the city about our interest in taking over the
  4           operations of the two wastewater treatment plants and as a
  5           result, city council decided that they would give the
  6           required six months' notice to the Ontario Clean Water
  7           Agency to terminate the existing contract that they had with
  8           them.
  9    Q      And did you end up negotiating a contract with the city on
 10           behalf of PUC Services?
 11    A      Yes, we did.
 12    Q      Now, we've had marked as an exhibit Exhibit Number 2.  Do
 13           you recognize that document, sir?
 14    A      Yes.
 15    Q      And can you tell the court what that is?
 16    A      This is the agreement that we negotiated with the city to
 17           operate the wastewater treatment facilities of the city.
 18                   MR. FOSMIRE:  And it's been agreed, has it not,
 19           Mr. Garczynski, that two or three areas within that contract
 20           are obliterated to remove reference to the price that was
 21           agreed to be paid?
 22                   MR. GARCZYNSKI:  For the purposes of this
 23           deposition and creating a record today, that is correct.  I
 24           reserve the right to question as to the exact price should I
 25           happen to think of a reason that I could ask for those
```

```
00020
 1              numbers.
 2                      MR. FOSMIRE:  All right.  Thank you.
 3    Q         And then we've had marked as Exhibit Number 3 a smaller set
 4              of pages, another document.  It looks like it's dated
 5              January 1, 2007.  Could you explain for us what that is, Mr.
 6              Curran?
 7    A         Yes.  This is an amendment to recognize the new operations
 8              at the East End wastewater plant, recognizing the fact that
 9              its previous operation was that of a primary plant.  The new
10              plant is what's called a biological nutrient removal
11              operation.  It's much more sophisticated and as a result
12              requires more staff to operate it, more analyses, so the
13              cost is greater.  So what this does is recognize new
14              operational requirements as well as increased cost to
15              operate that facility.
16    Q         And does your company -- and I'm speaking of PUC Services --
17              employ an operator for the East End plant?
18    A         Yes, there are operators in that plant.
19    Q         Who's the primary operator?
20    A         The plant operator, the person in charge, is Mr. Geoffrey
21              Slater.
22    Q         Does he have the same responsibility for the West End plant
23              or is that a different person?
24    A         He has overall responsibility for what we call environmental
25              operations, but there's a plant manager that has -- that is
```